IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. |
| NELSON MOLINA, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT AGAINST DEFENDANT NELSON MOLINA

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendant Nelson Molina ("Defendant), and respectfully shows the Court as follows:

1. On July 5, 2018, the Commission filed suit alleging violations of the federal securities laws by this Defendant.

2. The Commission has reached a settlement with Defendant regarding the Commission's claims. Defendant has executed the attached Consent and agrees to the form of the attached proposed Judgment. A copy of the Consent is attached hereto as Exhibit "A" and a copy of the Judgment is attached hereto as Exhibit "B".

3. The Commission respectfully requests that the Court enter the Agreed Final Judgment as to Defendant Nelson Molina and that the Court expressly rule that there is no just reason for delaying the entry of such Final Judgment under Federal Rule of Civil Procedure 54(b).

July 5, 2018                                Respectfully submitted,

                *s/Matthew Gulde*
                Matthew J. Gulde
                Illinois Bar No. 6272325
                Dwight T. Keltner
                Texas Bar No. 24007474
                SECURITIES AND EXCHANGE COMMISSION
                Burnett Plaza, Suite 1900
                801 Cherry St., Unit #18
                Fort Worth, TX 76102-6882
                (817) 978-3821
                (817) 978-4927 (fax)
                guldem@sec.gov

                ATTORNEYS FOR PLAINTIFF
                SECURITIES AND EXCHANGE COMMISSION

## CERTIFICATE OF CONFERENCE

  I certify that on June 28, 2018, I conferred with counsel for Mr. Molina, who stated that his client is not opposed to the relief requested in this motion.

                *s/Matthew J. Gulde*
                Matthew J. Gulde

## CERTIFICATE OF SERVICE

  I hereby certify that on July 5, 2018, a copy of foregoing *Unopposed Motion To Enter Final Judgment Against Defendant Nelson Molina* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                *s/Matthew J. Gulde*
                Matthew J. Gulde